UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED JAN - 2 2001
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES OF AMERICA, )
        Plaintiff, )
)
vs. )   No. S1-91-0001 CR(6)
)
JERRY LEWIS BEY, MICHAEL )
WILLIAMS EL, CARLTON DARDEN BEY )
and RAYMOND AMERSON BEY. )
)
        Defendants. )

FILED JAN - 3 2001
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO CDP

*Denied for reasons stated in original order. Catherine D Perry 1/3/01*

**SUPPLEMENTAL MOTION IN SUPPORT OF MOTION
TO RECONSIDER ORDER OF NOVEMBER 27, 2000
DENYING DEFENDANT'S MOTION FOR A NEW TRIAL**

    Comes Now Defendant, Jerry Lewis Bey, Pro Se, moves this Court to reconsider its order of November 27, 2000, denying Defendant's Motion of a New trial. In support thereof, Defendant states as follows:

**Defendant's Motion Under Rule 33 Is Not Time Barred**

    1. In a number of decisions, the Eighth Circuit Court of Appeals, has long ago held that "the appellate process terminates and the two-year time period for a motion pursuant ot Fed. R. Crim. P. Rule 33, for a New Trial, begins to run when the appellate court issues its mandate of performance." See United States v. White, 557 F.2d 1249, 1250 ( 8th Cir. 1977); United States v. Cody, 529 F.2d 564,566 (8th Cir. 1976); United States v. Spector, 888 F.2d 583, 585 (8th Cir. 1989).

    2. On November 22, 1995, the Eighth Circuit " issued a judgement affirming defendant and other codefendant's conviction and sentence."

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 01/03/01 by ldreon
           4:91cr1      USA vs Hamell


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.


Raymond Amerson -
21403-044
Men's Facility
FCI-PEKIN
P.O. Box 5000
Pekin, IL  61555 - 5000

Doris Black -                            Fax: 314-241-1050
Eric Butts -  2761                       Fax: 314-621-7448
Alan Cohen -  27151                      Fax: 314-721-7965
Nathan Cohen -  2846                     Fax: 314-727-6081
John Delaney -                           Fax: 618-259-1696
Michael Fagan -                          Fax: 314-539-7695      SCANNED & FAXED BY:

Allen Harris -  3325                                            JAN - 3 2001
2207 S. 39th Street
St. Louis, MO  63110                                            DJO

Robert Herman -  3382                    Fax: 314-862-3050
Roger Lahr -  12824                      Fax: 314-752-0402
James Martin -  3754                     Fax: 314-231-6739
Anita Rivkin-Carothers -  68130          Fax: 312-332-3179
William Shirley -  4356                  Fax: 314-567-6754

Alfred Speer -
za
P.O. Box 4390
St. Louis, MO  63123 - 0190

David Thornton -                         Fax: 314-535-0229
Simon Tonkin -  4562                     Fax: 314-231-1481