UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUL 29 2002
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO

RAYMOND AMERSON BEY,      )
                          )
    Movant,               )
                          )
vs.                       )   Case No. 4:91CR1 CDP
                          )
UNITED STATES OF AMERICA, )
                          )
    Respondent.           )

## ORDER

Raymond Amerson Bey has filed a motion for reconsideration of the Court's order of November 27, 2000. As his motion reflects, he appealed from that order and the Court of Appeals denied relief almost a year ago. The motion is untimely and meritless. I do not have jurisdiction to "reconsider" an order than has been final and was affirmed by the Court of Appeals so long ago, but even if I did, the motion does not state any grounds that would entitled Amerson Bey to relief. Accordingly,

**IT IS HEREBY ORDERED** that defendant Raymond Amerson Bey's motion to reconsider [#156] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 29th day of July, 2002.

157

```
              UNITED STATES DISTRICT COURT  EASTERN MISSOURI
                        INTERNAL RECORD KEEPING


  AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
  FOLLOWING INDIVIDUALS ON 07/30/02 by ldreon
                  4:91cr1     USA vs Hamell


  COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
  UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
  IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
  FOLLOWING:     4 Certified Copies to USM
                 2 Certified Copies to USP
                 1 Copy to Financial
                 1 Copy to O.S.U.
```

Raymond Amerson -
#21403-044
FCI-FLORENCE
P.O. Box 6000
Florence, CO  81226


Noble Bennett -
21672-044
USP-LEAVENWORTH
P.O. Box 1000
Leavenworth, KS  66048

Eric Butts -  2761                    Fax: 314-621-7448

Alan Cohen -
COHEN LAW OFFICE
16 N. Central Avenue
Lower Level
Clayton, MO  63105

Nathan Cohen -  2846                  Fax: 314-727-6081
Michael Fagan -                       Fax: 314-539-7695
Allen Harris -                        Fax: 314-991-3577
Robert Herman -  3382                 Fax: 314-862-3050
Roger Lahr -  12824                   Fax: 314-752-0402

Jerry Lewis-Bey -
22328-044
USP-LEAVENWORTH
P.O. Box 1000
Leavenworth, KS  66048

James Martin -  3754                  Fax: 314-231-6739
Anita Rivkin-Carothers -  68130       Fax: 312-332-3179
William Shirley -  4356               Fax: 314-567-6754

Alfred Speer -
za
P.O. Box 4390
St. Louis, MO  63123 - 0190


David Thornton -
4316 Juniata
Suite A
St. Louis, MO  63116

SCANNED & FAXED BY:
JUL 3 0 2002
C. D. D.

Case: 4:91-cr-00001-CDP   Doc. #: 157   Filed: 07/29/02   Page: 3 of 3 PageID #: 65
Simon Tonkin -  4562                    Fax: 314-231-1481