**UNITED STATES COURT OF APPEALS**
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED
JUN 2 9 2006
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

June 29, 2006

Mr. Gerald D. Hopkins
U.S. PENITENTIARY
Reg. #21531-044
P.O. Box 12015
Terre Haute, IN  47808

    Re:   06-1169   United States vs. Gerald Hopkins

Dear Mr. Hopkins:

    Enclosed is a copy of an order entered today in the above case at the direction of the court.

(5009-010199)

                                Sincerely,

                                Michael E. Gans
                                Clerk of Court

dms

Enclosure(s)

cc:   Honorable Catherine D. Perry, U.S. District Judge
       Deborah L. Golemon
       Michael K. Fagan
       James G. Woodward, Clerk

        District Court/Agency Case Number(s):   4:91-cr-00001-CDP-9

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No.  06-1169

United States of America,         *

    Appellee,                      *

                                      *   Order Denying Petition for

vs.                              *   Rehearing and for Rehearing

                                      *   En Banc

Gerald D. Hopkins,            *

    Appellant.              *

 

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

Judge Gruender took no part in the consideration or decision of this matter.

(5128-010199)

                                                June 29, 2006

Order Entered at the Direction of the Court:

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit

RECEIVED
JUN 29 2006
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Mr. James G. Woodward
Clerk
U.S. DISTRICT COURT, EASTERN MISSOURI
111 S. Tenth Street
St. Louis, MO   63102