IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 4:91 CR 1 CDP |
| GERALD HOPKINS-BEY | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF FILING OF LETTERS OF GERALD HOPKINS-BEY

COMES NOW Nanci McCarthy, Federal Public Defender, to file the attached letter of Gerald Hopkins-Bey.

Respectfully submitted,

/s/Nanci H. McCarthy
NANCI H. MCCARTHY, #45443MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Nanci_McCarthy@fd.org

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2021, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Lisa Yemm, Assistant United States Attorney.

/s/Nanci H. McCarthy
NANCI H. MCCARTHY, #45443MO
Assistant Federal Public Defender

Gerald Hopkins-Bey
P.O. Box 5000
F.C.I. Greenville, Illinois
Greenville, Illinois  62246


Honorable Judge Catherine D. Perry
United States District Court
Eastern District of Missouri
Thomas F. Eagleton Courthouse
St. Louis, Mo. 63102

Re: Case No.# __4:91CR1_____(CDP)

Dear Judge Perry:

   I have been incarcerated for thirty-two (32) years.  It took close to twenty-three of those years for me to understand the true reality of my life as I knew it.  I can say to you today that it took for me to start helping young men avoid repeating the behavior that placed them in jail.  It was at this point when I began to face some harsh realities and truths about my past.  It was also at this point that I was forced to look in the mirror and ask myself some very hard questions.  I had to answer them as well as I looked myself in the eyes.

   I believe that my true transformation began when I met Dr. Futrell.  To that point I had not had a true inspirational mentor.  I had not had a person to look me in the eye and explain what life was truly about and my role therein.  I never knew the meaning of altruistic values.  When I met Dr. Futrell I didn't just participate in the program, committed myself to becoming what the program stood for. Teaching became the most effective learning tool ever for me.  I understand that I can never undo the things from my past.  I am simply asking for an opportunity to forge a future based on sharing and providing academic support for those who have been deprived of this crucial element thus far in their lives.  I have become uniquely skilled in reaching young men on a level they need guidance on.  I simply believe that there is a path to success just ahead for those who truly aspire to succeed.

   Your honor, my heart and my mind are so uniquely different from what they once were.  I think of my life in terms of chapters now. Chapters one through eight were written by other people.  My parents, schoolteachers, other family and friends.  This, right now, is chapter nine and I 'am' writing my own chapter nine.  I understand how being in jail has probably retarded some of my own mental growth, but my mind has thrived and come alive by preparing, teaching and emotionally conditioning young men.  I am actively trying to strengthen the male component of society's framework.

I love the prospect of just being a new and different person. I will never ever participate in criminal activity. I am 70 years old I want to create a legacy that is about doing good. I intend to fully extend myself to the Mentor program and provide my wisdom and insight to many of these unfocused, misguided and unmotivated young men before they get pulled into the streets too deep.

Your Honor I do possess some redeemable qualities and as I have stated before, I can never erase the past. At the same time I am not currently a danger to the community. I have tried to conduct myself in a manner consistent with who I am now and who I have become over the years. Since I have made a clean break from anything remotely criminal, I have enjoyed being the most pleasant person in the room. It is a joy. I think more than anything, while I have this opportunity, I want to say I'm sorry to the people/families of anyone harmed by myself and the actors within my conspiracy.

Finally. I just need to be clear on the fact that I am not delusional or in denial about my past, but I have made a pledge to the community, myself and just as importantly this court to be the absolute best person I can be, period. This is who I am Your Honor.

Sincerely;

Gerald Hopkins -Bey

*Gerald Hopkins Bey*
7/8/21 A.D.